IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


JOHNNY LEE SMITH, JR.,

      Appellant,

 v.                                                                    Case No.  5D22-2469
                                                 LT Case No. 2011-CF-48657-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed March 14, 2023

Appeal from Circuit Court
for Brevard County,
Charles G. Crawford, Judge.

Clayton Kaeiser, of Clayton R. Kaeiser,
P.A., Miami, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

MAKAR, SOUD and KILBANE, JJ., concur.